No. 24-1181

United States Court of Appeals
for the Seventh Circuit

| | | |
|---|---|---|
| Fred L Nance Jr. | ) | CASE # 20 CV 06316 |
|     Plaintiff-Appellant | ) | HONORABLE JUDGE |
| | ) | JORGE L. ALONSO |
|     Vs | ) | **DOCKETING STATEMENT** |
| | ) | CASE# 22 CV 3861 |
| United States Department of Justice, et, al. | ) | HONORABLE JUDGE |
|     Defendant-Appellees. | ) | LASHONDA A. HUNT |

Appeal from the United States District Court
For the Northern District of Illinois, Eastern Division

    The pro se plaintiff-appellant, Fred L Nance Jr., submits this Docketing Statement pursuant to Circuit Rule 3(c) of the United States Court of Appeals for the Seventh Circuit. The basis for the District and Appellate Court's jurisdiction is Pro se Plaintiff-Appellate raises federal questions: 1st Amendment Due Process, Free Speech, and Freedom of Expression; Whistleblower Act protections under the National Defense Authorization Act of 2013, amended 2016; 10 U.S.C. §2409; 41 U.S.C. §4712. This appeal is taken from decisions and orders from Judge Jorge L Alonso and Judge LaShonda A. Hunt.

**Notice of Appeal**

    Pro se Plaintiff-Appellant filed his notice of appeal on January 27, 2024. On February 7, 2024, pro se plaintiff-appellant received an email from the Appellate Court Clerk of the Court stating "Docketing Statement due for Appellant Fred L Nance Jr by 02/05/2024. Transcript information sheet due by 02/20/2024. Appellant's brief due on or before 03/18/2024 for Fred L

Nance Jr." Pro se Plaintiff-Appellate could not file his Docketing Statement with an Appellate Number assigned to his appeal. Pro so Plaintiff-Appellant received his Appellate Number on February 7, 2024.

On August 4, 2021, the United States Court of Appeals issued an order stating "On consideration of the papers filed in this appeal and review of short record, it is ordered that his appeal is dismissed for lack of jurisdiction. (Dkt. #00713874883) On September 1, 2021, the United States Court of Appeals issued an order stating "On consideration of the motion to reconsider filed by plaintiff-appellant on August 17, 2021, and construed as a petition for rehearing, all members of the original panel have voted to deny the petition. Accordingly, the petition for rehearing is hereby DENIED." (Dkt. #00713874884)

**Jurisdiction of the District Court**

Pro se Plaintiff-Appellant brings this action pursuant to the Whistleblower Protection under the National Defense Act of 2013, amended 2016; 10 U.S.C. § 2409; 41 U.S.C. § 4712. Jurisdiction is invoked pursuant to the National Defense Act of 2013, amended 2016; 10 U.S.C. § 2409; 41 U.S.C. § 4712, and the 1st Amendment to the Constitution. This action properly lies in the Northern District of Illinois, Eastern Division because pro se plaintiff-appellant and all defendants either reside in the District or engage in the operation of business in this District, and all events giving rise to pro se plaintiff-appellant's claims occurred within the District.

**Jurisdiction of the Appellate Court**

Jurisdiction of the Court of Appeals over the orders and claims exists pursuant to 28 U.S.C. § 1291 because the District Court's ruling on January 9, 2024 in favor of the United States motion to dismiss constitutes a final decision that disposed of all claims of the pro se plaintiff-appellant.

The orders or decisions that are reviewable on appeal because they merge into the final judgment and/or order on appeal.

1. On February 4, 2021, the District Court denied pro se plaintiff-appellant's motion for sanctions [Dkt. #26], Dkt. #13 (case #20cv06316)

2. On February 17, 2021 the District Court denied pro se plaintiff-appellant's motion under Rule 26 and 56(d) [Dkt. #43] Dkt. #48 (case #20cv06316)

3. On June 8, 2021, the District Court granted defendant-appellee motion to dismiss with prejudice [Dkt. #31] Dkt. #64 (case #20cv06316)

4. On June 9, 2021, the District Court denied pro se plaintiff's motion to supplement original complaint [Dkt. 60 & 62] Dkt. #65 (case #20cv06316)

5. On June 15, 2021, the District Court denied pro se plaintiff-appellant's motion to stay proceedings [Dkt. #66] Dkt. #68 (case #20cv06316)

6. August 17, 2021, the District Court ruled in favor of the government officials, Dkt. #96 (case #20cv06316)

7. December 13, 2021, the District Court corrected an order dismissing case #20cv06316 by a Magistrate Judge who was not part of the case. (Dkt. #114)

8. November 29, 2023, Plaintiff Response to Defendant's Motion to Dismiss or Alternatively for Summary Judgment. (Dkt. 35) (case #22cv03861)

9. November 29, 2023, Plaintiff FRCP 56 and L.R. 56.1(b)(1)(2)…(Dkt. #35-1) (case #22cv03861)

10. November 29, 2023, Plaintiff Statement of Additional Material Facts. (Dkt. #35-2) (case #22cv03861)

11. November 29, 2023, Plaintiff Memorandum of Law…(Dkt. #35-3) (case #22cv03861)

12. November 29, 2023, Affidavit of Fred L Nance Jr…(Dkt. #35-4) (case #22cv03861)

13. November 29, 2023, Plaintiff Motion Pursuant to Rule 26 and 56(d)…(Dkt. #35-5) (case #22cv03861)

14. November 29, 2023, Table of Exhibits…(Dkt. #35-6) (case #22cv03861)

15. January 9, 2024, Minute Entry by Judge LaShonda Hunt dismissing all claims. (Dkt. #39) (case #22cv03861)

16. January 9, 2024, Judge LaShonda Hunt's narrative Order dismissing all Pro se Plaintiff Appellant's claims. (Dkt. #40) (case #22cv03861)

17. January 11, 2024, Minute Entry before Magistrate Judge Beth W. Jantz regarding settlement discussions in case #20cv06316. (Dkt. #158)

## CERTIFICATE OF SERVICE

I, Fred L Nance Jr., hereby certify that on February 9, 2024 I electronically filed the foregoing Docketing Statement with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system with attached Court Orders. I also certify that I served the foregoing Docketing Statement on the individuals referenced on the Service List, below by CM/EFC system on February 9, 2024.

/s/Fred L Nance Jr, PhD
Pro se plaintiff
17239 Evans Avenue
South Holland, Illinois 60473-3436
708-921-1395
frednance@clickservices.org

Service List:

Kurt N. Lindland kurt.lindland@usdoj.gov
Derrick M. Thompson dthompson@taftlaw.com

No. 24-1181
_____

United States Court of Appeals
for the Seventh Circuit
_____

| | | |
|---|---|---|
| Fred L Nance Jr. | ) | CASE # 20 CV 06316 |
|     Plaintiff-Appellant | ) | HONORABLE JUDGE |
| | ) | JORGE L. ALONSO |
|     Vs | ) | **DOCKETING STATEMENT** |
| | ) | CASE# 22 CV 3861 |
| United States Department of Justice, et, al. | ) | HONORABLE JUDGE |
|     Defendant-Appellees. | ) | LASHONDA A. HUNT |

_____

### NOTICE OF FILING

| | |
|---|---|
| Kurt N. Lindland | Derrick Thompson |
| Assistant United States Attorney | Attorney EMAGES Inc. |
| 219 South Dearborn Street | 111 East Wacker Drive, Suite 2600 |
| Chicago, Illinois 60604 | Chicago, Illinois 60601 |
| (312) 353-4163 | 312-527-4000 |
| kurt.lindland@usdoj.gov | dthompson@taftlaw.com |

    PLEASE TAKE NOTICE THAT on February 9, 2024 Pro se Plaintiff-Appellant filed his Docketing Statement.

### CERTIFICATE OF SERVICE

    I, Fred L. Nance Jr. pro se plaintiff, certify I served the foregoing Docketing Statement by causing a true and correct copy of the same to be sent by operation of the court.

Respectfully submitted,

/s/Fred L. Nance Jr., Pro se plaintiff
17239 Evans Avenue
South Holland, Illinois 60473-3436
708-921-1395
frednance@clickservices.org