IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

No. 24-1181

| | | |
|---|---|---|
| FRED L. NANCE JR. | ) | |
| | ) | Appeal from the United States District Court |
| PLAINTIFF-APPELLANT | ) | for the Northern District of Illinois |
| | ) | |
| vs. | ) | No. 20 C 6316 |
| | ) | No. 22 C 3861 |
| U.S. DEPARTMENT OF JUSTICE, et al. | ) | |
| | ) | LaShonda A. Hunt, District Judge |
| DEFENDANT-APPELLEES. | ) | |

**MOTION TO BECOME A E-FILER IN THIS CASE**

NOW COMES, Pro se plaintiff-appellant Fred L. Nance Jr. requesting to become an e-filer in Case No. 24-1181. Plaintiff-Appellant submits the following in support:

1. Plaintiff-Appellant is not a restricted filer in this Court.

2. Plaintiff-Appellant has a civil case in this Court where he is listed as a party to the case.

3. Plaintiff-Appellant completed the e-filing training program years ago as demonstrated in previous filings with this Court.

WHEREFORE, Pro se Plaintiff-Appellant submits this motion as his application to become an e-filer in this matter.

Respectfully submitted,

/s/Fred L. Nance Jr., Pro se plaintiff
17239 Evans Avenue
South Holland, Illinois 60473-3436
708-921-1395
frednance@clickservices.org

U.S.C.A. – 7th Circuit
RECEIVED
APR 15 2024

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

No. 24-1181

| | | |
|---|---|---|
| FRED L. NANCE JR. | ) | |
| | ) | Appeal from the United States District Court |
| PLAINTIFF-APPELLANT | ) | for the Northern District of Illinois |
| | ) | |
| vs. | ) | No. 20 C 6316 |
| | ) | No. 22 C 3861 |
| U.S. DEPARTMENT OF JUSTICE, et al. | ) | |
| | ) | LaShonda A. Hunt, District Judge |
| DEFENDANT-APPELLEES. | ) | |

## NOTICE OF FILING

Kurt N. Lindland
Assistant United States Attorney
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604
(312) 353-4163
kurt.lindland@usdoj.gov

    PLEASE TAKE NOTICE THAT on April 15, 2024, Pro se Plaintiff-Appellant filed his Motion to Become a E-Filer in this Case.

## CERTIFICATE OF SERVICE

    I, Fred L. Nance Jr. pro se plaintiff, certify I served the foregoing Notice of Filing by causing a true and correct copy of the same to be hand delivered to Attorney Kurt N. Lindland, at 219 South Dearborn Street, 5th floor, Chicago, Illinois 60604.

Respectfully submitted,
/s/Fred L. Nance Jr., Pro se plaintiff
17239 Evans Avenue
South Holland, Illinois 60473-3436
708-921-1395
frednance@clickservices.org