# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

April 16, 2024

Before
MICHAEL Y. SCUDDER, *Circuit Judge*

| No. 24-1181 | FRED L NANCE, JR.,<br>    Plaintiff - Appellant<br>v.<br><br>UNITED STATES OF AMERICA,<br>    Defendant - Appellee |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:22-cv-03861<br>Northern District of Illinois, Eastern Division<br>District Judge LaShonda A. Hunt ||

The following are before the court:

1. **DEFENDANTS-APPELLEES' MOTION TO DISMISS APPEAL OF CASE NO. 20 C 6316 AND FOR SUMMARY AFFIRMANCE OR TO RESET BRIEFING SCHEDULE OFR CASE NO. 22 C 3861**, filed on April 4, 2024, by counsel for the appellee.

2. **PLAINTIFF-APPELLANT RESPONSE TO DEFENDANT APPELLEE'S MOTION TO DISMISS APPEAL OF CASE NO. 20 C 6316 AND FOR SUMMARY AFFIRANCE OR TO RESET SCHEDULE FOR CASE NO. 22 C 3861**, filed on April 15, 2024, by pro se Appellant Fred L. Nance, Jr.

**IT IS ORDERED** that the motion for summary affirmance is **DENIED**. *See Semmerling v. Bormann*, 970 F.3d 886, 888 (7th Cir. 2020).

**IT IS FURTHER ORDERED** that the request to dismiss is **GRANTED** to the extent that the scope of this appeal is limited to the district court's rulings in case no. 22-cv-03861.

No. 24-1181 Page 2

The remainder of briefing shall proceed as follows:

1. The brief of the appellee is due by May 16, 2024.,

2. The reply brief of the appellant, if any, is due by June 6, 2024.

Important Scheduling Notice!
Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than the filing of the appellant's brief in a criminal case and the filing of an appellee's brief in a civil case. See Cir. R. 34(b)(3). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. See Cir. R. 34(b)(4), (e)