# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

May 1, 2024

*Before*

MICHAEL Y. SCUDDER, *Circuit Judge*

| No. 24-1181 | FRED L NANCE, JR.,<br>        Plaintiff - Appellant<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>        Defendant - Appellee |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:22-cv-03861<br>Northern District of Illinois, Eastern Division<br>District Judge LaShonda A. Hunt ||

    Upon consideration of the **PLAINTIFF-APPELLANT MOTION TO RECONSIDER APRIL 16, 2024 ORDER DISMISSING 20 C 6316**, filed on April 24, 2024, by the pro se appellant,

    **IT IS ORDERED** that the motion for reconsideration is **DENIED**.

form name: **c7_Order_3J**     (form ID: **177**)